# United States Court of Appeals

**FOR THE DISTRICT OF COLUMBIA CIRCUIT**

———

**No. 12-1171**                              **September Term, 2012**

SUBURBAN AIR FREIGHT, INC.,
               PETITIONER

v.

TRANSPORTATION SECURITY ADMINISTRATION,
               RESPONDENT

———

On Petition for Review of an Order
of the Transportation Security Administration

———

Before: HENDERSON, ROGERS and TATEL, *Circuit Judges*


# UNDER SEAL - SSI PROTECTIVE ORDER-
# NOT AVAILABLE TO PUBLIC